UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN DAMON BARTH,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No. 19-cv-00965-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Barth has failed to comply with the Court's order to file a complaint. Accordingly, the action is DISMISSED without prejudice for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Barth may move to reopen. Any such motion must contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** April 8, 2019

_____
WILLIAM H. ORRICK
United States District Judge